IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| FOUR B RANCH, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 5:13-cv-866 |
| § | |
| AMERICAN TOWERS, LLC, § | |
| § | |
| Defendant. § | |

## AMERICAN TOWER'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, American Towers, LLC ("American Tower") files this Corporate Disclosure Statement and states the following:

American Tower is a limited liability company, the ultimate parent of which is American Tower Corporation. American Tower Corporation is a publicly traded company which has no parent corporation, and no publicly held corporation owns more than 10% of its stock.

Respectfully submitted,

 /s/ David L. Swanson
David L. Swanson
State Bar No. 19554625
LOCKE LORD LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas  75201-6776
(214) 740-8000 (Telephone)
(214) 740-8800 (Facsimile)

**ATTORNEY FOR DEFENDANT
AMERICAN TOWERS, LLC**

## CERTIFICATE OF SERVICE

I certify that on September 20, 2013, I served a true and correct copy of the foregoing corporate disclosure statement on the following counsel of record via the Court's electronic filing system:

>James L. Frost
>113 W. Gonzalez Street
>Seguin, Texas 78155

>/s/ David L. Swanson
>David L. Swanson